SCHAUB, APPELLEE, *v.* MENTOR LAGOONS MARINA, APPELLANT.

[Cite as Schaub *v.* Mentor Lagoons Marina (1991), 60 Ohio St. 3d 68.]

(No. 90-1419—Submitted April 17, 1991—Decided May 29, 1991.)

*Raymond J. Schmidlin, Jr.,* for appellee.

*Albert C. Nozik,* for appellant.

This cause is affirmed on authority of *Mentor Lagoons, Inc.* v. *Rubin* (1987), 31 Ohio St. 3d 256, 31 OBR 459, 510 N.E. 2d 379.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.